# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:22-CV-00286-MOC-DSC

| | |
|---|---|
| SHAWNA SPRAGGINS, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>BANK OF AMERICA N.A., )<br>)<br>Defendant. ) | **ORDER** |

**THIS MATTER** is before the Court on the "Motion[s] for Admission *Pro Hac Vice* and Affidavit[s] [for Matthew D. Benedetto and Jamie Dycus]" (document ##4-5) filed June 27, 2022. For the reasons set forth therein, the Motions will be granted.

The Clerk is directed to send copies of this Order to counsel for the parties and to the Honorable Max O. Cogburn, Jr.

**SO ORDERED**.

Signed: June 28, 2022

David S. Cayer
United States Magistrate Judge